UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-cr-00062 |
| | ) | |
| FNU LNU (First Names Unknown, | ) | |
| Last Name Unknown) et.al. | ) | |
| | ) | |
| Defendant. | | |

**MOTION FOR LEAVE OF ABSENCE OF C. TROY CLARK**

Comes now the undersigned, C. Troy Clark, counsel of record for the Defendant, GERARD ROBERTSON, in the above-referenced case and respectfully requests that the Court grant a leave of absence on November 2, 2026 up to, and including, November 6, 2026 as counsel will be out of the District on a family vacation.

Wherefore, Counsel for the Defendant, GERARD ROBERTSON, respectfully requests that this Honorable Court grant his Motion for Leave of Absence for the above-stated dates.

Respectfully submitted, this 21st day of September, 2026.

**GILLEN LAKE & CLARK, LLC**

C. Troy Clark

C. Troy Clark
Georgia Bar No. 811674
GILLEN LAKE & CLARK, LLC
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
T: (706) 631-4925
E: tclark@glcfirm.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing MOTION FOR LEAVE OF ABSENCE OF C. TROY CLARK on all the parties in this case in accordance with the notice of electronic filing (CM/ECF) which was generated as a result of electronically filing this document with the Court.

This 21st day of September, 2026.

**GILLEN LAKE & CLARK, LLC**

C. Troy Clark

C. Troy Clark
Georgia Bar No. 811674
GILLEN LAKE & CLARK, LLC
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
T: (706) 631-4925
F: (404) 842-9750
E: tclark@glcfirm.com

*Counsel for Defendant*