UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-CR-00062 |
| | ) | |
| FNU LNU (First Name Unknown Last Name Unknown) et. al. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING LEAVE OF ABSENCE**

Before the Court is counsel for Defendant, Gerard Robertson, C. Troy Clark's Motion for Leave of Absence on November 2, 2026, up to, and including, November 6, 2026. Upon consideration of the Motion and for good cause shown, the Motion is **GRANTED.**

Counsel is granted leave of absence on November 2, 2026, up to, and including, November 6, 2026. No hearing, trial, or other proceeding requiring counsel's attendance shall be scheduled in this matter on those dates, absent further order of the Court.

**SO ORDERED,** this _____ day of ________________, 2026.

____________________________
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA